UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*GRAND JURY RETURN*

Date: April 20, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO.  22-CR-29-JWD-RLB |
| GRANT MCKAY DURTSCHI | |

PRESENT:   William Morris
                      Counsel for U.S.A.

Indictment filed.

\* \* \* \* \*