AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| GRANT MCKAY DURTSCHI | ) Case No. 22-MJ-16 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **GRANT MCKAY DURTSCHI**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)        Production of Child Pornography
18 U.S.C. § 2252A(a)(2)    Distribution of Child Pornography

Date: 03/17/2022

*Issuing officer's signature*

Scott D. Johnson, Magistrate Judge
*Printed name and title*

City and state:  Baton Rouge, LA

### Return

This warrant was received on *(date)* 03/17/22, and the person was arrested on *(date)* 03/17/22
at *(city and state)* SAN FRANCISCO, CA.

Date: 3/22/22

*Arresting officer's signature*

SDUSM I. PERIC (ON BEHALF OF FBI)
*Printed name and title*