Query | Reports | Utilities | Help | What's New | Log Out

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:22-mj-70339-MAG-1

| | |
|---|---|
| Case title: USA v. Durtschi | Date Filed: 03/17/2022 |
| Other court case number: 22-mj-16 Middle District of Louisiana | Date Terminated: 03/25/2022 |

Assigned to: Magistrate Judge

**Defendant (1)**

**Grant McKay Durtschi**  represented by  **Gabriela Bischof**
*TERMINATED: 03/25/2022*  Federal Public Defender
 450 Golden Gate Ave
 Room 19-6884, Box 36106
 San Francisco, CA 94102
 415-436-7700
 Email: gabriela_bischof@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. 2251(a) - Production of Child Pornography; 18 U.S.C. 2252A(a)(2) - Distribution of Child Pornography | |

**Plaintiff**

**USA**  represented by  **Erin A. Cornell**
 U.S. Attorneys' Office
 San Francisco Branch
 450 Golden Gate Avenue
 11th Floor
 San Francisco, CA 94102
 415-436-7124
 Fax: 415-436-7234
 Email: erin.cornell@usdoj.gov
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2022 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Grant McKay Durtschi (1). (slh, COURT STAFF) (Filed on 3/17/2022) (Additional attachment(s) added on 3/18/2022: # 1 Arrest Warrant) (slh, COURT STAFF). (Entered: 03/18/2022) |

| | | |
|---|---|---|
| 03/18/2022 | 2 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Initial Appearance and ID of Counsel Hearing as to Grant McKay Durtschi held on 3/18/2022, Added attorney Gabriela Bischof for Grant McKay Durtschi. Detention Hearing set for 3/23/2022 12:00 PM in San Francisco, - Videoconference Only before Magistrate Judge Laurel Beeler.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>FTR Time 12:22-12:28. (slh, COURT STAFF) (Filed on 3/18/2022) (Entered: 03/18/2022) |
| 03/23/2022 | 4 | Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Detention Hearing as to Grant McKay Durtschi held on 3/23/2022. Defendant detained and shall appear in the charging district on 4/6/2022. FTR Time 12:21 - 12:34. (slh, COURT STAFF) (Filed on 3/23/2022) (Entered: 03/25/2022) |
| 03/25/2022 | 5 | **DETENTION ORDER as to Grant McKay Durtschi. Signed by Magistrate Judge Laurel Beeler on 3/24/2022. (slh, COURT STAFF) (Filed on 3/25/2022) (Entered: 03/25/2022)** |
| 03/25/2022 | 6 | **COMMITMENT TO ANOTHER DISTRICT as to Grant McKay Durtschi. Defendant committed to Middle District of Louisiana. Signed by Magistrate Judge Laurel Beeler on 3/23/2022. (slh, COURT STAFF) (Filed on 3/25/2022) (Entered: 03/25/2022)** |
| 03/25/2022 | 7 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Middle District of Louisiana of a Rule 5 Appearance as to Grant McKay Durtschi. Your case number is: 22-MJ-16. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (slh, COURT STAFF) (Filed on 3/25/2022) (Entered: 03/25/2022) |