**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

0x8B02Dcf410b516347D2a0743Db1fa78d12094085

Apple desktop computer, S/N: W8810FRWZE3

Three (3) thumbdrives: 1) Black and red XPorter 32GB USB 2) Red Flash Voyager GT USB labeled www.corsair.com 3) Blue Flash Voyager USB labeled www.corsairmemory.com

Blue Flash Voyager thumb drive labeled www.corsairmemory.com

Black and grey PNY 128GB USB 3.0

Apple iPhone S white and rose gold in color, Model: A1687

Black Apple iPhone in case

Red/orange thumb drive

White Apple iPod touch

White Apple iPhone Model: A1389

Two (2) thumbdrives: 1) Yellow FANUC 8GB USB 2) Gray Clysar USB drive

Black PNY 128GB USB and Ledger Nano X storage device

Black 'Xbox' USB

Blue Apple iPhone

Black ASUS tablet with case and power cord, S/N: J1LMTF042427

Eight (8) SD cards

Blue USB labeled 'Valley Creek Elementary: Class of 2016

Dell Inspiron laptop, S/N: 2C2Z2C2

Four (4) portable hard drives: 1) Seagate, S/N: NABN7T60 2) Seagate, S/N: NABAQRHK 3) WD My Passport, S/N: WX51DC86HKR3 4) Toshiba, S/N: 10HAT110TSCG and one USB cord

Seagate Backup Plus desktop drive with USB cord, S/N: NA5K2N4B

WD Easy Store hard drive with USB cord, S/N: Y6G4AZMC

WD hard drive, S/N: WCANK6809857

CD-Rom labeled 'Hiren's B Disk

Omen laptop with charging cord, S/N: 5CD1097T0C

Three (3) portable hard drives: 1) Blue WD My Passport, S/N: WXN1E59EVHCE 2) Black Toshiba with USB cord, S/N: 10HAT11KTSCG 3) Seagate with USB cord, S/N: NABAQRHP

Two (2) red and black Flash Voyager GT flashdrive USBs labeled www.corsair.com

Black Lexar 4GB thumb drive

One (1) DVD-R

Grey Apple iPhone, Model: A1429, IMEI: 990002308960192

Eight (8) USB 1) Blue Flash Voyager USB 2) Blue Flash Voyager USB 3) Red Flash Voyager GT USB 4) Yellow Flash Voyager GTR USB 5) Black USB labeled 'BMW of Murray' 6) Patriot Memory 8GB USB 7) Orange PNY 16GB USB 8) SanDisk Ultra 64GB USB 3.0

Lexar Professional SD card 256 GB and SanDisk SD card 128GB

Black Pioneer computer tower

White computer tower, S/N: 01164942303393

One (1) Apple iPhone 12 Pro Max, Model: MG953LL/A, SN: G6TDP3LH0D46

One (1) Apple laptop, Model: A2338, SN: FVFFR20M0KPF

One (1) Seagate backup plus portable drive, SN: NA9DD3L9

One (1) HP laptop, Model: 15-AY041WM, SN: CND6217J68

One (1) Apple iPad, Model: A1954, SN: GG7Y310FJMXK

One (1) Western Digital My Passport Ultra, SN: WX12E114SRRM

One (1) SanDisk Ultra SD card, 16 GB, SN: BL1928053006Y

        UNITED STATES OF AMERICA, by

        RONALD C. GATHE, JR.
        UNITED STATES ATTORNEY

        /s/ J. Brady Casey
        J. Brady Casey, LBN: 24338
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: john.casey@usdoj.gov