UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

UNITED STATES OF AMERICA                    Criminal Action 22-29-JWD-RLB

-vs-
                                            AUSA: Charles Schmitz
GRANT MCKAY DURTSCHI

| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | May 18, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Samantha O'Neill | REPORTER/COURTROOM: | FTR GOLD/CTRM 6 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Christopher Martinez |

CLERK'S MINUTES
INITIAL APPEARANCE

The defendant was sworn, advised of his rights and the purpose of this hearing.

The defendant was informed of the charges pending against him in the Indictment.

Upon questioning by the court, the defendant advised that he wanted counsel appointed to represent him in this matter. The court questioned the defendant concerning his financial condition, found that the defendant is eligible for court-appointed counsel and appointed the Office of the Federal Public Defender to represent the defendant or to appoint a CJA panel attorney.

The Court noted that an Order of Detention was issued in the Northern District of California following a detention hearing. The defendant remains subject to that order.

The defendant requested a continuance of the arraignment to have counsel present. The court GRANTED the defendant's oral motion for a continuance and set the arraignment for May 25, 2022 at 9:00 a.m. by video.

The defendant was remanded to the custody of the U.S. Marshal pending further proceedings.

C;Cr23: T:00:20