UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| GRANT MCKAY DURTSCHI | NO. 22-29-JWD-RLB |

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require,

**IT IS ORDERED** that this matter is referred to the Office of the Federal Public Defender for the purpose of either accepting the appointment to represent the defendant or recommending counsel for appointment from the CJA panel. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

Signed in Baton Rouge, Louisiana, on May 19, 2022.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**