UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR PRODUCTION AND ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY, DISTRIBUTION OF CHILD PORNOGRAPHY, AND NOTICE OF FORFEITURE

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22- 29-JWD-RLB |
|---|---|---|
|  | : |  |
| *versus* | : | 18 U.S.C. § 2251(a) |
|  | : | 18 U.S.C. § 2251(e) |
| GRANT MCKAY DURTSCHI | : | 18 U.S.C. § 2252A(a)(2) |
|  | : | 18 U.S.C. § 2252A(b)(1) |
|  | : | 18 U.S.C. § 2253 |
|  | : | 21 U.S.C. § 853(p) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Production and Attempted Production of Child Pornography**
**(18 U.S.C. §§ 2251(a) and (e))**

On or about July 20, 2020, and continuing through at least August 1, 2020, in the Middle District of Louisiana and elsewhere, **GRANT MCKAY DURTSCHI**, defendant herein, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MINOR VICTIM A, a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was actually transported and transmitted in interstate commerce.

The above is a violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO
**Distribution of Child Pornography**
**(18 U.S.C. §§ 2252A(a)(2) and (b)(1))**

On or about August 1, 2020, in the Middle District of Louisiana and elsewhere, **GRANT MCKAY DURTSCHI,** defendant herein, attempted to and did knowingly distribute

child pornography and material that contains child pornography using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

The above is a violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## **NOTICE OF FORFEITURE**

1. The allegations contained in Counts One or Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses in violation of Title 18, United States Code, Sections 2251 or 2252A, the defendant **GRANT MCKAY DURTSCHI**, shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

A) CRYPTOCURRENCY ADDRESS:
442sZPNiUjhemBRWuNtJj3f1r8zejhXkRX4CtpixiSm1cApP6TFbg49D1LNvZqzPBB7LUDz5qMvszAxiQ4ZnUZHCCuXMjRL

B) GOLD COINS:

1) 5184 Presidential Dollar Coins
2) ANACS MS 63 Certified ½ Dollar Coin 193-D
3) NGC PF 69 Ultra Cameo ½ Dollar 2006-S
4) 4 ½ oz. Gold Commemorative Coins
5) PCGS Certified 2010 Buchanans Liberty $10 Gold Coin
6) PCGS Certified 2014 Buchanans Liberty $10 Gold Coin
7) PCGS 2014 W $10 Lou Hoover Coin
8) PCGS 2014 $10 Eleanor Roosevelt Coin
9) PCGS 2007 W Jefferson Liberty PF 69 D Cam
10) PCGS 2012 W $10 Alice Paul Coin PF D Cam
11) PCGS 2013 W PF 69 Ida McKinley $10 Gold Coin
12) PCGS 2014 W PF 69 Florence Harding
13) PCGS 2008 W PF 69 Van Buren Liberty $10 Gold Coin
14) PCGS 2011 W PF 69 Lucy Hayes $10 Gold Coin
15) NGC 2009 W PF 70 Julia Tyler $10 Gold Coin
16) NGC 2007 W PF 70 Jefferson Liberty $10 Gold Coin
17) NGC 2014 W PF 70 Grace Coolidge $10 Gold Coin
18) PCGS 2011 PF 69 Lucretia Garfield $10 Gold Coin
19) PCGS 2011 W PF 69 Julia Grant $10 Gold Coin
20) PCGS 2012 PF 69 Caroline Harrison
21) 2 PCGS 2012 W PF 69 Frances Cleveland $10 Gold Coins
22) NGC 2010 W PF 69 Jane Pierce $10 Gold Coin
23) PCGS 2010 W PF 69 Mary Lincoln
24) NGC 2007 PF 70 Dolly Madison $10 Gold Coin
25) PCGS 2010 W PF 69 Abigail Filmore $10 Gold Coin
26) NGC 2007 W MS 70 Dolly Madison $10 Gold Coin
27) PCGS 2009 W PF 69 Leticia Tyler $10 Gold Coin
28) PCGS 2009 W PF 69 Anna Harrison $10 Gold Coin
29) PCGS 2008 W PF 69 Jackson Liberty $10 Gold Coin
30) NGC 2007 W MS 70 Abigail Adams $10 Gold Coin
31) NGC 2007 W PF 70 Martha Washington $10 Gold Coin
32) PCGS 2008 W PF 69 Louisa Adams $10 Gold Coin
33) PCGS 2008 W PF 69 Elizabeth Monroe $10 Gold Coin
34) NGC 2007 W MS 70 Abigail Adams $10 Gold Coin
35) PCGS 2007 PF 69 Reverse Statue of Liberty
36) 5 PCGS ½ oz. PF 69 Platinum Eagles

Furthermore, the United States intends to seek a forfeiture money judgement against the defendant and in favor of the United States.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, BY

*/s/ Ronald C. Gathe, Jr.*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*/s/ K. Craig*

KRISTEN LUNDIN CRAIG
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

4/20/22

DATE

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Gonzales

County/Parish: Ascension Parish

*Investigating Agency: FBI

*Agent: Stephanie Bobo

**Matter to be sealed:** ☐ Yes ☑ No

Related Case Information:

Superseding BOI _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: 22-MJ-00016
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Grant McKay Durtschi

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Kristen L. Craig    Bar #: LBN 32565

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
X  Already in Federal Custody as of
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production and Attempted Production of Child Pornography | 1 | F |
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 2 | F |

(May be continued on second sheet)

Date: 4/20/22    Signature of AUSA: KC [signature]

**OFFENSES (Continued)**