UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Action 22-29-JWD-RLB |
| **-vs-** | |
| | **AUSA:** Kristen Craig, Charles Schmitz |
| **GRANT MCKAY DURTSCHI** | **Deft. Atty.:** Marci Blaize |

| | | | |
|---|---|---|---|
| **JUDGE:** | Richard L. Bourgeois, Jr. | **DATE:** | May 25, 2022 |
| **DEPUTY CLERK:** | Samantha O'Neill | **REPORTER/COURTROOM:** | ZoomGov |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

**CLERK'S MINUTES**
**ARRAIGNMENT**

Marci Blaize made an appearance on behalf of the defendant.

The defendant confirmed that he consulted with counsel prior to the hearing and is aware that he has the right to be present in court for this proceeding. The defendant informed the Court that he consented to conducting this proceeding via video teleconferencing pursuant to the CARES Act recently passed by Congress in response to the COVID-19 pandemic. Counsel for the defendant advised he consented to the hearing proceeding remotely.

Counsel for the government did not object to proceeding with the hearing remotely.

The defendant was sworn, advised of his rights and the purpose of this hearing.

The defendant agreed to go forward with the arraignment this date.

The defendant was informed of the charges pending against him and the maximum possible penalties.

The defendant entered a plea of NOT GUILTY to the Indictment.

The court accepted the defendant's plea of NOT GUILTY and will issue a scheduling order.

C;Cr1: T:00:15

**The court advised counsel that the pretrial conference is scheduled for July 7, 2022 at 10:00 a.m. by Zoom before United States District Judge John W. deGravelles, and the trial is scheduled for July 18, 2022 at 9:00 a.m. in Courtroom One**.

**The Court noted that the parties were previously advised of the requirements in the Due Process Protections Act.**

**The defendant was remanded to the custody of the U.S. Marshals pending further proceedings.**

C;Cr1: T:00:15