UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **GRANT MCKAY DURTSCHI** | **NO. 22-29-JWD-RLB** |

## SCHEDULING ORDER

The following deadlines will apply, and the time periods in this order shall be computed starting on the day following the defendant's arraignment.

| | |
|---|---|
| **Defendant requests discovery** | 5 days from the day following arraignment |
| **Government responds to discovery** | 5 days from service of discovery request |
| **Defendant files motion to compel response** | 5 days after due date of Government's response to discovery |
| **Government responds to motion to compel** | 10 days from service of motion to compel |

| | |
|---|---|
| **Government requests discovery** | 10 days from the day following arraignment |
| **Defendant responds to discovery** | 5 days from service of discovery request |
| **Government files motion to compel responses** | 5 days from due date of Defendant's response to discovery |
| **Defendant responds to motion to compel** | 10 days from service of motion to compel |

| | |
|---|---|
| **Substantive motions must be filed** | 20 days from the day following arraignment |

IT IS ORDERED that this matter is set for a pretrial conference on July 7, 2022 at 10:00 a.m. by Zoom before United States District Judge John W. deGravelles.

**IT IS FURTHER ORDERED that this matter is set for a Jury Trial on July 18, 2022 at 9:00 a.m. before United States District Judge John W. deGravelles in Courtroom One.**

Signed in Baton Rouge, Louisiana, on June 16, 2022.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**