UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE,
DECLARE CASE COMPLEX AND WAIVE SPEEDY TRIAL**

**NOW INTO COURT,** through undersigned counsel, comes the defendant GRANT MCKAY DURTSCHI who respectfully shows:

1.

A two count Indictment was returned against the defendant on April 20, 2022 charging Production and Attempted Production of Child Pornography, and Distribution of Child Pornography, in violation of 21 U.S.C. § 2251(a) and (e) and 21 U.S.C. § 2251A(a)(2) and (b)(1).

2.

The defendant made his initial appearance on May 18, 2022. On May 25, 2022, the defendant entered a plea of not guilty and was remanded to the custody of the U.S. Marshal pending further proceedings.

3.

After timely filing a request for discovery, counsel for the United States provided counsel for the defendant an initial batch of discovery on June 7, 2022. The materials produced are voluminous (approximately 6,349 files, 96 folders, and 51.6 GB in size), in various file formats, and are taking a considerable amount of time for defense counsel to review. In addition, the defendant is incarcerated and there is a protective order in this case that puts constraints on

counsel's ability to distribute the discovery to the defendant in its entirety. As such, counsel needs additional time to meet with the defendant to review the discovery.

4.

Trial in this matter is currently set for July 18, 2022 with a pretrial conference setting of July 7, 2022. The substantive motion deadline was June 15, 2022.

5.

Due to the voluminous discovery and the nature of the charges against the defendant, it is unreasonable to expect that counsel for the defendant could adequately prepare for pre-trial proceedings or for trial within the time limits imposed by 18 U.S.C. § 3161. The defense needs additional time to conduct a careful, thorough, and extensive examination of the materials that have been produced by the government and perform a constitutionally sufficient investigation of potential issues. Additionally, given the nature of the charges against the defendant, additional time will also be required for defense counsel to make arrangements to review the evidence with the defendant who is currently incarcerated.

6.

Pursuant to 18 U.S.C. § 3161(h)(7)(iv), the defendant respectfully requests that this Honorable Court declare this case complex and waive the applicable time limitations provided by the Speedy Trial Act, as to do otherwise "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7.

The defendant moves this Court for a continuance of the July 18, 2022 trial date, the July 7, 2022 pretrial conference date, and all accompanying filing deadlines until such time as counsel

for the defense is able to adequately review discovery and prepare a constitutionally sufficient defense strategy. The defendant requests that the Court extend the substantive motion filing deadline to July 15, 2022 (an additional thirty days).

8.

The United States has no objection to this motion.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, a copy of the above pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Caroline Gardner, Assistant United States Attorney, by operation of the court's electronic filing system.

*/s/ Marci Blaize*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus                                                                                          CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

## ORDER

Having considered the defendant's Unopposed Motion to Continue Trial Date, Declare Case Complex and Waive Speedy Trial;

**IT IS ORDERED** that defendant's motion is **GRANTED** and the trial date of July 18, 2022 and the July 7, 2022 pretrial conference date are continued. These settings will be reset upon further orders of this Court.

**IT IS FURTHER ORDERED** that the Court finds that the ends of justice served by certifying this case as "complex" and providing additional time for adequate trial preparation and pre-trial litigation outweigh the best interest of the public and the defendant in a seventy (70) day speedy trial. This case is so unusual and complex due to the volume of materials to be reviewed that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial within the general time limits, and the failure to grant a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The requirements of the Speedy Trial Act, 18 U.S.C. § 3161, are hereby waived.

**IT IS FURTHER ORDERED THAT** the date for filing pretrial motions is hereby reset to July 15, 2022.

Signed in Baton Rouge, Louisiana, on _____.

_____
**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA