UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

versus                                                                                         **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

### ORDER

Having considered the defendant's Unopposed Motion to Continue Trial Date, Declare Case Complex and Waive Speedy Trial;

**IT IS ORDERED** that defendant's motion is **GRANTED** and the trial date of July 18, 2022 and the July 7, 2022 pretrial conference date are continued. These settings will be reset upon further orders of this Court.

**IT IS FURTHER ORDERED** that the Court finds that the ends of justice served by certifying this case as "complex" and providing additional time for adequate trial preparation and pre-trial litigation outweigh the best interest of the public and the defendant in a seventy (70) day speedy trial. This case is so unusual and complex due to the volume of materials to be reviewed that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial within the general time limits, and the failure to grant a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The requirements of the Speedy Trial Act, 18 U.S.C. § 3161, are hereby waived.

**IT IS FURTHER ORDERED** that the date for filing pretrial motions is hereby reset to **July 15, 2022**.

JURY

**IT IS FURTHER ORDERED** that a status conference is hereby assigned for **10:00 a.m. on August 18, 2022, by zoom**.

Signed in Baton Rouge, Louisiana, on June 17, 2022.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**