UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**  **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

### MOTION FOR EXTENSION OF TIME TO FILE SUBSTANTIVE MOTIONS

**NOW INTO COURT** comes the defendant, GRANT MCKAY DURTSCHI, through undersigned counsel, who moves this Honorable Court to extend the substantive motion deadline established by this Court's Order on June 17, 2022, for the following reasons to wit:

1.

The defendant has been indicted for one count of Production and Attempted Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e) and one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2251A(a)(2) and (b)(1).

2.

The defendant made his initial appearance on May 18, 2022. On May 25, 2022, the defendant entered a plea of not guilty and was remanded to the custody of the U.S. Marshal pending further proceedings.

3.

On June 16, 2022, the defendant filed a motion to declare the case complex. The motion was granted on June 17, 2022. The Order extended the substantive motion deadline to July 15, 2022.

4.

After timely filing a request for discovery, counsel for the United States provided counsel for the defendant an initial batch of discovery on June 7, 2022. The materials produced are voluminous (approximately 6,349 files, 96 folders, and 51.6 GB in size), in various file formats, and are taking a considerable amount of time for defense counsel to review and redact.[1] At this time undersigned counsel can attest to this Honorable Court that though she has been diligent in her efforts, she has not been able to review the discovery in its entirety with the defendant, nor has the defendant been able to view the numerous videotaped interviews conducted by law enforcement. Furthermore, due to the nature of the charges in the Indictment, portions of the discovery can only be viewed within the confines of the office of the Federal Bureau of Investigation.

5.

Undersigned counsel has contacted the Assistant United States Attorney handling this matter and been advised she has no objection to a request to extend the substantive motion deadline.

WHEREFORE, the defendant respectfully requests a 60-day extension of the substantive motion deadline previously ordered by this Court.

---

[1] A Protective Order was issued by the Court on June 6, 2022. The discovery provided to undersigned counsel included names of minors, dates of birth, home addresses, email addresses, telephone numbers and other identifying information that undersigned counsel is required to redact prior to providing this information to the Defendant who is incarcerated.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:  /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, a copy of the above pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Kristen Craig, Assistant United States Attorney, by operation of the court's electronic filing system.

*/s/ Marci Blaize*

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**versus**  **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

### ORDER

Considering the Defendant's Unopposed *Motion for Extension of Time to File Substantive Motions*;

IT IS HEREBY ORDERED that the defendant has until the _____ day of _____, 2022 to file substantive motions.

THUS, DONE AND SIGNED this _____ day of July 2022, in Baton Rouge, Louisiana.

                                                      Honorable Judge John W. deGravelles
                                                      United States District Judge
                                                      Middle District of Louisiana