UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**                                                                  **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

### MOTION TO SUPPRESS

**NOW INTO COURT** comes the Defendant, GRANT MCKAY DURTSCHI, through undersigned counsel, who moves this Honorable Court to suppress the statements he made to law enforcement agents on March 8, 2022. The defendant submits the following Memorandum in Support of his Motion to Suppress, to wit:

1.

The defendant has been indicted for one count of Production and Attempted Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e) and one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2251A(a)(2) and (b)(1).

2.

On March 8, 2022, the defendant was detained and questioned by FBI agents during the execution of a search warrant on the defendant's residence.

3.

After the defendant was detained, he made incriminating statements to FBI agents. At no point was the defendant advised of his constitutional rights pursuant to *Miranda v. Arizona*, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966).

4.

Failure to give the warning prescribed by *Miranda* necessitates the exclusion of the use of any statements made from use as evidence at trial. *Missouri v. Seibert*, 542 U.S. 600, 608, 124 S. Ct. 2601, 2608, 159 L. Ed. 2d 643 (2004).

5.

Therefore, the defendant moves this Court for a hearing at which this Court should order the United States to show cause why any statements made by the defendant should not be suppressed from use as evidence at trial.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, a copy of the above *Motion to Suppress* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Kristen Craig, Assistant United States Attorney, by operation of the court's electronic filing system.

*/s/ Marci Blaize*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**                                                          **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

### ORDER

**IT IS ORDERED THAT** defendant's Motion to Suppress is set for hearing on the ___ day of _____, 2022, at _____, ___.M.

Signed in Baton Rouge, Louisiana, on _____.


_____
**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA