UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                        CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

**UNOPPOSED MOTION TO CONTINUE MOTION HEARING**

NOW INTO COURT, through undersigned counsel comes the defendant, GRANT DUTSCHI, who respectfully asks this Court to continue the motion hearing set for November 30, 2022, for the following reasons:

1.

The defendant has been indicted for one count of Production and Attempted Production of Child Pornography, in violation of 18 U.S.C. § 2251(a) and (e) and one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2251A(a)(2) and (b)(1).

2.

The defendant made his initial appearance on May 18, 2022. On May 25, 2022, the defendant entered a plea of not guilty and was remanded to the custody of the U.S. Marshal pending further proceedings. On June 17, 2022, this Court declared the case complex. (Rec. Doc. 19)

3.

On July 15, 2022, the defendant filed a Motion to Suppress challenging the admissibility of incriminating statements he made to FBI agents following his detainment. The government

filed a response to the defendant's motion on August 4, 2022, and the matter has been set for hearing on November 30, 2022.

4.

Undersigned counsel submits to this Honorable Court that the parties are engaged in fruitful plea negotiations, and respectfully requests the motion hearing be continued to allow time for the parties to continue those negotiations.

5.

Undersigned counsel has contacted Assistant United States Attorney Kristen Craig who has advised the government has no objection to this request.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:  /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2022, a copy of the foregoing *Motion to Continue Motion Hearing* was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to Assistant United States Attorney Kristen Craig by operation of the court's electronic filing system.

s/ MARCI BLAIZE