## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL |
| GRANT MCKAY DURTSCHI | NO. 22-29-JWD-RLB |

Re-arraignment was held in the above matter before District Judge John W. deGravelles on March 1, 2023, with the following participants:

>Kristen Lundin Craig, Charles D. Schmitz
>**Counsel for United States**
>
>Marci Blaize
>**Counsel for Defendant**
>
>Grant McKay Durtschi
>**Defendant**

The Defendant is sworn and questioned by the Court. The Indictment is read. The Plea Agreement is authenticated, summarized, and filed into the record. The Defendant enters a plea of GUILTY to Count 1 of the Indictment. The Court accepts the guilty plea but defers acceptance of the Plea Agreement until the time of sentencing. A presentence investigation is ordered, and the Defendant is remanded to the custody of the United States Marshal.

Signed in Baton Rouge, Louisiana, on <u>March 21, 2023</u>.

CR 9; T:0:30 hr
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**