UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                           CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

### MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

**NOW INTO COURT,** through undersigned counsel, comes the defendant GRANT MCKAY DURTSCHI who respectfully moves this Court for additional time to file objections to the Presentence Investigation Report. In support of his motion, the defendant shows:

1.

An indictment was returned against Durtschi on April 20, 2022 charging one count of production and attempted production of child pornography, one count of distribution of child pornography, and a forfeiture allegation. (Rec. Doc. 4).

2.

On March 1, 2023, Durtschi entered a guilty plea to Count 1 of the indictment charging production and attempted production of child pornography. (Rec. Doc. 33). Sentencing has been scheduled for June 29, 2023. (Rec. Doc. 38).

3.

The Presentence Report in this matter was disclosed on April 20, 2023. Objections to the report are due on May 4, 2023.

4.

Currently the defendant is being held at the Ascension Parish Prison in Donaldsonville, Louisiana. Due to scheduling conflicts, counsel has been unable to visit with Mr. Durtschi to review the Presentence Investigation Report in time to meet the objections deadline; therefore, counsel requests an additional fourteen (14) days to file potential objections to the Presentence Investigation Report.

5.

The United States has no objection to the defendant's request for an additional fourteen (14) days to file objections.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2023, a copy of the foregoing *Motion for Additional Time to File Objections to Presentence Investigation Report* was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to Assistant United States Attorney Kristen Craig by operation of the court's electronic filing system.

/s/ Marci Blaize

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

### ORDER

Having considered the defendant's *Motion for Additional Time to File Objections to Presentence Investigation Report*:

**IT IS ORDERED THAT** defendant's motion is hereby granted. The defendant shall have an additional fourteen (14) days to file objections to the Presentence Investigation Report. The defendant's objections shall be filed on or before May 18, 2023.

THUS DONE AND SIGNED this _____ day of May, 2023.

_____
JOHN W. DEGRAVELLES, JUDGE
United States District Court