UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

**STIPULATION FOR ENTRY OF ORDER FOR
INTERLOCUTORY SALE OF ETHEREUM**

NOW INTO COURT COME the United States of America, by and through its counsel, Kristen Craig and J. Brady Casey, Assistant United States Attorneys; the defendant, Grant McKay Durtschi; and counsel for the defendant, who hereby stipulate that the Court enter an order authorizing the immediate Interlocutory Sale of the following cryptocurrency asset, pursuant to the terms set forth herein:

> Approximately 124.72134086 of Ethereum virtual currency, formerly in virtual wallet address 0x8B02Dcf410b516347D2a0743Db1fa78d12094085 (hereinafter referred to as "Subject Asset").

**IT IS STIPULATED AND AGREED** by and among the parties as follows, as evidenced by their signatures below, under the terms and conditions hereinafter set forth:

1. The parties agree and consent to the entry of an Order for an Interlocutory Sale of the Subject Asset and agree that the Subject Asset should be sold in a manner as determined by the United States Marshal Service ("USMS") or its delegate.

2. In furtherance of the Interlocutory Sale, Grant McKay Durtschi, or his designee, agrees to promptly execute any documents which may be required to complete the Interlocutory Sale of the Subject Asset.

EXHIBIT NO. 1

3. Upon the sale of the Subject Asset, the net sale proceeds shall be remitted to the custody and control of the USMS or its delegate, where such net sale proceeds shall remain until further order of the Court.

4. The net proceeds from the sale of the Subject Asset will include all money realized from the sale of the virtual currency, less all costs and fees incurred by the USMS, or its delegate, in connection with the sale of the Subject Asset.

5. The United States represents that it will endeavor in good faith to obtain a reasonable exchange rate and incur reasonable sale and transaction fees in the course of liquidating the Subject Asset.

6. Grant McKay Durtschi waives any objection to the exchange rate obtained and fees incurred as to the sale of the Subject Asset.

7. The net proceeds realized from the sale of the Subject Asset shall constitute the "substitute res" for the Subject Ethereum Asset in this case and in any potential civil forfeiture case in the Middle District of Louisiana involving Grant McKay Durtschi and the same facts and Subject Asset as this matter.  Any and all claims and defenses of the United States, Durtschi, and any other potential claimant(s) to the Subject Asset shall apply equally to the "substitute res."

8. An accounting of the proceeds attributable to the Subject Asset shall be maintained by the USMS, or its delegate, and the United States shall provide this information to Durtschi and his counsel after the liquidation of the Subject Asset is complete.

9. Once the forfeiture of the "substitute res" for the Subject Asset is ultimately determined by the Court, the USMS will disperse the "substitute res" in accordance with any orders issued by the Court.

EXHIBIT NO. 1

10. Grant McKay Durtschi represents that he is the sole owner of the Subject Asset and has exercised sole dominion and control over the Subject Asset since coming into possession of it, until such Subject Asset was seized by law enforcement on or about April 6, 2022.

11. Grant McKay Durtschi represents that he has the authority to enter into this Stipulation and that he agrees and consents to selling the Subject Asset, in accordance with the terms of this Stipulation.

12. This Stipulation of Settlement sets forth the entire agreement between the parties on the matters contained herein, and no other statement, promise, or agreement, either written or oral, made by either party or agent of either party shall be considered part of this agreement.

Agreed as to form and substance:

_____
Marci Blaize, LBN: 25345
Attorney for Grant McKay Durtschi
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225)382-2118

_____
Grant McKay Durtschi

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

_____
J. Brady Casey, LBN: 24338
Assistant U.S. Attorney
777 Florida St., Suite 208
Baton Rouge, LA 70801
(225)389-0043

_____
Kristen Craig, LBN: 32565
Assistant U.S. Attorney
777 Florida St., Suite 208
Baton Rouge, LA 70801
(225)389-0043

EXHIBIT NO. 1