UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**AUGUST 27, 20205**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**UNITED STATES OF AMERICA**

**VERSUS**

**CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

This matter came on this day for a sentencing.

*PRESENT:*     Kristen Lundin Craig
**Counsel for the United States**

Marci Blaize
**Counsel for the Defendant**

Grant McKay Durtschi
**Defendant**

The Court adopts the undisputed factual statements and guidelines computations recommended by the probation office as reflected in the pre-sentence investigation report and addendum. The Court imposes the Defendant's sentence, accepts the plea agreement, and orders that the pre-sentence investigation report remain a part of the record under seal.

The Defendant is advised of his appeal rights.

The oral motion to dismiss count two of the Indictment is **GRANTED**.

The Defendant is remanded to the custody of the United States Marshal.

Signed in Baton Rouge, Louisiana, on <u>August 27, 2025</u>.

CR 51a; T: 0:30 hr
Reporter: Gina Delatte-Richard

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**