**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

**MOTION TO CONTINUE HEARING**

**NOW INTO COURT**, comes the United States of America, by Ellison C. Travis, Acting United States Attorney for the Middle District of Louisiana, through J. Brady Casey, Assistant United States Attorney, and respectfully represents the following:

1.

On August 27, 2025, the defendant Grant McKay Durtschi, was sentenced pursuant to Count 1 of an Indictment charging him with production and attempted production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e). R.Doc. 90. The Judgment was entered on August 28, 2025. R.Doc. 91.

2.

The minor victim's losses were not ascertainable prior to sentencing and the parties agreed that the restitution amount would be determined at a later date. 18 U.S.C. § 3664(d)(5).

3.

An evidentiary hearing to determine restitution is scheduled for October 2, 2025, at 11:00 a.m. R.Doc. 94.

4.

Pursuant to 18 U.S.C. 2259(c)(2)(A), the full amount of the victim's losses includes costs for medical services related to psychiatric or psychological care.

5.

In this case, the calculation for the minor victim's losses will include estimates for future counseling services. Attorneys for the Government are working with the *guardian ad litem*, the minor victim's counselor, as well as other medical experts to determine the future medical costs.

6.

The United States needs additional time to obtain a formal treatment plan and finalize the calculation of the victim's losses.

7.

The United States has consulted with counsel for the defendant, Marci Blaize, and she has no objections to this continuance.

8.

The United States respectfully requests that the evidentiary hearing to set restitution be continued in this matter for two weeks, or to a date and time convenient for the court.

**WHEREFORE**, the United States respectfully requests that the defendant's sentencing date of October 2, 2025, be continued and rescheduled for a later date.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN: 24338
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: john.casey@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

**PROPOSED ORDER**

Considering the Government's *Motion to Continue Hearing*,

**IT IS HEREBY ORDERED** that the evidentiary hearing set for October 2, 2025, at 11:00 a.m., is hereby continued for two weeks or until a date and time to be determined by this Court.

Read and signed this _____ day of September 2025, Baton Rouge, Louisiana.

HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA