UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

**SECOND UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING**

**NOW INTO COURT**, comes the United States of America, by Kurt Wall, United States Attorney for the Middle District of Louisiana, through J. Brady Casey, Assistant United States Attorney, and respectfully represents the following:

1.

On August 28, 2025, the Judgment in this matter was entered. R.Doc. 91. The minor victim's losses were not ascertainable prior to sentencing and the parties agreed that the restitution amount would be determined at a later date but within "90 days after sentencing." 18 U.S.C. § 3664(d)(5). An evidentiary hearing to determine restitution was scheduled for October 2, 2025. R.Doc. 94.

2.

Because the calculation for the minor victim's losses would include estimates for future counseling services, the United States worked with the *guardian ad litem*, the minor victim's counselor, as well as a licensed clinical social worker ("LCSW") to estimate these projected costs. This LCSW provides trauma-focused individual therapy services for children who are the victims of physical or sexual abuse. This LCSW was not able to meet with the minor victim until October 15, 2025. The LCSW was able to provide some preliminary information to the United States; however, the government has not yet received her report, documenting the various recommended

stages of future therapy.

3.

The United States requests a short continuance, perhaps two to three weeks, to obtain the LCSW's report and share the results with defense counsel to finalize the calculation of the minor victim's losses.

4.

The United States has consulted with counsel for the defendant, Marci Blaize, and she has no objections to this continuance.

**WHEREFORE**, the United States respectfully requests that the restitution hearing date of October 23, 2025, be continued and rescheduled for a date and time not to exceed ninety days from August 27, 2025, pursuant to 18 U.S.C. § 3664(d)(5).

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY


/s/ J. Brady Casey
J. Brady Casey, LBN: 24338
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: john.casey@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 22-29-JWD-RLB |
| | : | |
| GRANT MCKAY DURTSCHI | : | |

## **ORDER**

Considering the Government's *Motion to Continue Hearing*,

**IT IS HEREBY ORDERED** that the evidentiary hearing set for October 23, 2025, is hereby continued until a date and time to be determined by this Court.

Read and signed this _____ day of October, 2025, Baton Rouge, Louisiana.

_____
HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA