UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                    CRIMINAL NO. 22-29-JWD-RLB

GRANT MCKAY DURTSCHI

**UNOPPOSED MOTION TO CONTINUE HEARING**

NOW INTO COURT, through undersigned counsel comes the defendant, GRANT DUTSCHI, who respectfully asks this Court to continue the restitution hearing set for November 4, 2025, for the following reasons:

1.

On August 27, 2025, Mr. Durtschi, was sentenced pursuant to Count 1 of an Indictment charging him with production and attempted production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e). (Rec. Doc. 90). The Judgment was entered on August 28, 2025. (Rec. Doc. 91).

2.

Prior to Mr. Durtschi's sentencing, the victims' losses were not ascertainable, and the parties agreed the amount of restitution would be determined at a later date.

3.

An evidentiary hearing to determine restitution has been set for November 4, 2025. (Rec. Doc. 102).

4.

The government has finalized a calculation of the victims' losses and has shared it with undersigned counsel; however, Mr. Durtschi has been transferred to the custody of the Bureau of

Prisons and is being held in California. Counsel has had limited contact with him and needs additional time to go over the proposed restitution judgment.

5.

18 U.S.C. § 3664(d)(5) provides that "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." Sentencing in this matter was held on August 27, 2025 and the judgment was entered on August 28, 2025; therefore, Mr. Durtschi respectfully requests that the restitution hearing be reset to a date *after* November 18, 2025 but *prior* to November 25, 2025.

6.

Undersigned counsel has spoken to Assistant United States Attorney Brad Casey who advised the government has no objection to this continuance.

WHEREFORE, Grant Durtschi respectfully requests that his evidentiary hearing to determine restitution set for November 4, 2025 be continued and reset after November 18, 2025 but prior to November 25, 2025.

RESPECTFULLY SUBMITTED:

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

By:   /s/ Marci Blaize
**MARCI BLAIZE, La. Bar No. 25345**
Assistant Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, Louisiana 70801
(225) 382-2118 (Phone)
(225) 382-2119 (Fax)
Marci_Blaize@fd.org