UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**                                                    **CRIMINAL NO. 22-29-JWD-RLB**

**GRANT MCKAY DURTSCHI**

**ORDER**

Considering the defendant's *Unopposed Motion to Continue Hearing*;

**IT IS HEREBY ORDERED** that the evidentiary hearing set for November 4, 2025 is hereby continued and reset for the 20th day of November, 2025 at _____ a.m./p.m.

Baton Rouge, Louisiana on this _____ day of November, 2025.

_____
JUDGE JOHN W. deGRAVELLES
United States District Court Judge